# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CASE NO.: 7:25-CR-12 (WLS-ALS-1) |
| ERIC JEROME TOOLEY, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant's Unopposed Motion to Continue Trial in the Interest of Justice ("the Motion") (Doc. 24). Therein, Defendant requests a continuance of his trial from the Court's Valdosta Division November 2025 trial term to the next trial term. Defendant contends that a continuance is warranted because Defense Counsel requires additional time to review discovery with Defendant Tooley. (Doc. 24 at 2). Defendant also contends that additional time is necessary for his counsel to review a proposed plea agreement received from the Government on August 27, 2025. (*Id.*) Defendant notes that the Government does not oppose the requested continuance, and that the interests of justice served by granting the requested continuance outweigh the best interests of the public and Mr. Tooley in a speedy trial. (*Id.* at 2–3).

Based on Defendant's stated reasons, the Court finds that a continuance is necessary for Defendant's counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion (Doc. 24) is **GRANTED**. The trial in the above-captioned matter is **CONTINUED** to the Valdosta Division February 2026 term and its conclusion, or as may be otherwise ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in

a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

    **SO ORDERED**, this 3rd day of September 2025.

                                                /s/ W. Louis Sands
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**